**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-39496 |
| | § | |
| RANDY A SCHULTZ | § | |
| CHERYL L EISNER-SCHULTZ | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/15/2016. The undersigned trustee was appointed on 12/15/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $14,100.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $481.00 |
    | Bank service fees | $58.67 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $13,560.33 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/21/2017 and the deadline for filing government claims was 06/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,160.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,160.00, for a total compensation of $2,160.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $32.24, for total expenses of $32.24.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2018            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-39496 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 1/4/2018 | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | Claims Bar Date: | 06/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 863 E. Coach Road Unit 2 Palatine, IL - 60074-0000 Cook County | $117,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule A (dkt #29, 04/08/2017); exemption limited to $15,000 per order entered 03/14/2017 (dkt #21). | | | | | |
| 2 | 2013 Acura RDX 55000 miles | $19,000.00 | $5,562.00 | | $5,330.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 3 | 2016 Kia Sorento 10,000 miles | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 4 | furniture | $700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated per First Amended Schedule B (dkt #11; 12/19/2016). | | | | | |
| 5 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | $100.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Value updated per First Amended Schedule B (dkt #11; 12/19/2016). | | | | | |
| 7 | Checking BMO/Harris Bank | $4,522.00 | $4,522.42 | | $4,334.00 | FA |
| Asset Notes: | Amount updated per Second Amended Schedule B (dkt #29; 04/08/2017); balance as of petition date: $4,522.42. | | | | | |
| 8 | Credit Union Central Credit Union Savings | $150.00 | $150.00 | | $144.00 | FA |
| 9 | Savings BMO/Harris Bank | $200.00 | $200.00 | | $192.00 | FA |
| 10 | IRA Primerica | $103,853.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amount updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 11 | 401(k) T. Rowe Price | $21,000.00 | $0.00 | | $0.00 | FA |
| 12 | Vacation Ownership Interest in a timeshare with Silverleaf Resorts - 1% undivided interest in Unit No. 0093-0 (The Ozark Mountain Resort) during Use Period No. 35. | Unknown | $0.00 | | $0.00 | FA |
| 13 | Diamond engagement ring (u) | $6,231.00 | $9,500.00 | | $3,800.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017); value of $6,231 set forth in amended schedule for "wedding ring set" appears to be for both the engagement ring (this asset no. 13) and the two wedding bands (asset no. 14); appraisal of engagement ring received: $9500. | | | | | |
| 14 | Two matching wedding bands (u) | $0.00 | $1,200.00 | | $300.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017); value of $6,231 set forth in amended schedule for "wedding ring set" appears to be for both the engagement ring (asset no. 13 above) and the two wedding bands (this asset, no. 14); appraisal of the two wedding bands received: $1200. | | | | | |
| 15 | Family heirloom cocktail ring (u) | $500.00 | $900.00 | | $0.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 16-39496 | Trustee Name: | David Leibowitz |
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 1/4/2018 | §341(a) Meeting Date: | 01/18/2017 |
| | | Claims Bar Date: | 06/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Primerica (investment account)              (u) | $4,514.00 | $4,514.00 | | $0.00 | FA |
| 17  Unscheduled Federal Tax Refund for 2016     (u) | $3,143.00 | $3,005.00 | | $0.00 | FA |
| 18  Unscheduled State Tax Refund for 2016       (u) | $213.00 | $179.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                **Gross Value of Remaining Assets**

$296,326.00         $31,782.42                        $14,100.00          $0.00

**Major Activities affecting case closing:**

05/22/2017    2017 Reporting Period:

The Trustee objected to Debtors' claims of exemptions after learning that most of the scheduled property belongs exclusively to Co-Debtor, Cheryl Eisner-Schultz. After schedules were amended, the Trustee negotiated a settlement of $10,000 for the non-exempt funds and non-exempt equity in an Acura MDX and for turnover of Debtor's diamond ring.

Case should be ready for TFR once the Trustee liquidates the jewelry.

**Initial Projected Date Of Final Report (TFR):**   03/15/2018        **Current Projected Date Of Final Report (TFR):**        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39496 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2017 | | Cheryl Eisner Schultz | Settlement for non-exempt funds and equity in vehicle | * | $10,000.00 | | $10,000.00 |
| | {7} | | Payment for non-exempt funds in bank account    $4,334.00 | 1129-000 | | | $10,000.00 |
| | {2} | | Payment for non-exempt portion of car    $5,330.00 | 1129-000 | | | $10,000.00 |
| | {9} | | Payment for non-exempt funds in bank account    $192.00 | 1129-000 | | | $10,000.00 |
| | {8} | | Payment for non-exempt funds in bank account    $144.00 | 1129-000 | | | $10,000.00 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.93 | $9,989.07 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.63 | $9,972.44 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.05 | $9,957.39 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.06 | $9,941.33 |
| 09/04/2017 | | Leonard Auction | Proceeds from auction of wedding and engagement rings | * | $3,619.00 | | $13,560.33 |
| | {13} | | Gross Proceeds - Engagement Ring    $3,800.00 | 1229-000 | | | $13,560.33 |
| | | | Total - Auctioneer's Commission    $(440.00) | 3610-000 | | | $13,560.33 |
| | {14} | | Gross Proceeds - Wedding Bands    $300.00 | 1229-000 | | | $13,560.33 |
| | | | Total - Auctioneer's Insurance    $(41.00) | 3620-000 | | | $13,560.33 |

| | | | **SUBTOTALS** | | $13,619.00 | $58.67 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39496 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $13,619.00 | $58.67 | $13,560.33 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,619.00 | $58.67 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,619.00 | $58.67 | |

| For the period of 12/15/2016 to 1/4/2018 | | For the entire history of the account between 05/10/2017 to 1/4/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,100.00 | Total Compensable Receipts: | $14,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.00 | Total Comp/Non Comp Receipts: | $14,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $539.67 | Total Compensable Disbursements: | $539.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $539.67 | Total Comp/Non Comp Disbursements: | $539.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                                                          Exhibit B

| Case No. | 16-39496 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,619.00 | $58.67 | $13,560.33 |

**For the period of 12/15/2016 to 1/4/2018**

| Total Compensable Receipts: | $14,100.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $539.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $539.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/15/2016 to 1/4/2018**

| Total Compensable Receipts: | $14,100.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $539.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $539.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 16-39496 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | | | | | | Date: 1/4/2018 |
| Claims Bar Date: | 06/21/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $2,160.00 | $0.00 | $0.00 | $0.00 | $2,160.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $32.24 | $0.00 | $0.00 | $0.00 | $32.24 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $73.73 | $0.00 | $0.00 | $0.00 | $73.73 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,015.00 | $0.00 | $0.00 | $0.00 | $2,015.00 |
| | LEONARD AUCTIONS  1765 Cortland Ct., Ste. D Addison IL 60101 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $41.00 | $41.00 | $0.00 | $0.00 | $0.00 |
| | LEONARD AUCTIONS  1765 Cortland Ct., Ste. D Addison IL 60101 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $440.00 | $440.00 | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,529.10 | $0.00 | $0.00 | $0.00 | $4,529.10 |

| Case No.: | 16-39496 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | | | | | | Date: 1/4/2018 |
| Claims Bar Date: | 06/21/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>GPCC I LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $332.97 | $0.00 | $0.00 | $0.00 | $332.97 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $12,964.89 | $0.00 | $0.00 | $0.00 | $12,964.89 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,224.78 | $0.00 | $0.00 | $0.00 | $2,224.78 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,586.43 | $0.00 | $0.00 | $0.00 | $2,586.43 |
| 6 | STERLING JEWELERS INC.<br><br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester MI 48308 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $959.88 | $0.00 | $0.00 | $0.00 | $959.88 |
| 7 | AMERICAN EXPRESS CENTURION BANK<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,106.39 | $0.00 | $0.00 | $0.00 | $1,106.39 |

| Case No.: | 16-39496 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | | | | | | Date: 1/4/2018 |
| Claims Bar Date: | 06/21/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $415.30 | $0.00 | $0.00 | $0.00 | $415.30 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Amended | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9A | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $988.34 | $0.00 | $0.00 | $0.00 | $988.34 |
| 10 | PROSPER MARKETPLACE INC.<br><br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,913.59 | $0.00 | $0.00 | $0.00 | $3,913.59 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to SYNCHRONY BANK (HOME DESIGN)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,717.25 | $0.00 | $0.00 | $0.00 | $2,717.25 |
| | | | | | $37,500.89 | $481.00 | $0.00 | $0.00 | $37,019.89 |

| Case No. | 16-39496 | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | | | Date: 1/4/2018 |
| Claims Bar Date: | 06/21/2017 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $73.73 | $73.73 | $0.00 | $0.00 | $0.00 | $73.73 |
| Attorney for Trustee Fees (Trustee Firm) | $2,015.00 | $2,015.00 | $0.00 | $0.00 | $0.00 | $2,015.00 |
| Auctioneer for Trustee Expenses | $41.00 | $41.00 | $41.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $440.00 | $440.00 | $440.00 | $0.00 | $0.00 | $0.00 |
| Payments to Unsecured Credit Card Holders | $34,166.03 | $32,738.92 | $0.00 | $0.00 | $0.00 | $32,738.92 |
| Trustee Compensation | $2,160.00 | $2,160.00 | $0.00 | $0.00 | $0.00 | $2,160.00 |
| Trustee Expenses | $32.24 | $32.24 | $0.00 | $0.00 | $0.00 | $32.24 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:  16-39496
Case Name:  RANDY A SCHULTZ
CHERYL L EISNER-SCHULTZ
Trustee Name:  David P. Leibowitz

| | |
|---|---:|
| Balance on hand: | $13,560.33 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $13,560.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,160.00 | $0.00 | $2,160.00 |
| David P. Leibowitz, Trustee Expenses | $32.24 | $0.00 | $32.24 |
| Lakelaw, Attorney for Trustee Fees | $2,015.00 | $0.00 | $2,015.00 |
| Lakelaw, Attorney for Trustee Expenses | $73.73 | $0.00 | $73.73 |
| Total - Auctioneer's Commission, Auctioneer for Trustee Fees | $440.00 | $440.00 | $0.00 |
| Total - Auctioneer's Insurance, Auctioneer for Trustee Expenses | $41.00 | $41.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $4,280.97 |
| Remaining balance: | $9,279.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $9,279.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $9,279.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,738.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $4,529.10 | $0.00 | $1,283.70 |
| 2 | Quantum3 Group LLC as agent for | $332.97 | $0.00 | $94.38 |
| 3 | Capital One Bank (USA), N.A. | $12,964.89 | $0.00 | $3,674.71 |
| 4 | Capital One Bank (USA), N.A. | $2,224.78 | $0.00 | $630.58 |
| 5 | Capital One Bank (USA), N.A. | $2,586.43 | $0.00 | $733.09 |
| 6 | Sterling Jewelers Inc. | $959.88 | $0.00 | $272.06 |
| 7 | American Express Centurion Bank | $1,106.39 | $0.00 | $313.59 |
| 8 | Synchrony Bank | $415.30 | $0.00 | $117.71 |
| 9 | PYOD, LLC its successors and assigns as assignee | $0.00 | $0.00 | $0.00 |
| 9A | PYOD, LLC its successors and assigns as assignee of FNBM, LLC | $988.34 | $0.00 | $280.13 |
| 10 | Prosper Marketplace Inc. | $3,913.59 | $0.00 | $1,109.25 |
| 11 | Portfolio Recovery Associates, LLC | $2,717.25 | $0.00 | $770.16 |

|   | Total to be paid to timely general unsecured claims: | $9,279.36 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |