**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-39496 |
| | § | |
| RANDY A SCHULTZ | § | |
| CHERYL L EISNER-SCHULTZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $126,120.00 | Assets Exempt: | $146,503.00 |
| Total Distributions to Claimants: | $9,279.36 | Claims Discharged Without Payment: | $122,799.56 |
| Total Expenses of Administration: | $4,820.64 | | |

   3)   Total gross receipts of $14,100.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $14,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $188,816.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,820.64 | $4,820.64 | $4,820.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $130,915.00 | $34,166.03 | $32,738.92 | $9,279.36 |
| **Total Disbursements** | $319,731.00 | $38,986.67 | $37,559.56 | $14,100.00 |

   4). This case was originally filed under chapter 7 on 12/15/2016. The case was pending for 16 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: <u>04/09/2018</u>                    By:   <u>/s/ David P. Leibowitz</u>
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2013 Acura RDX 55000 miles | 1129-000 | $5,330.00 |
| Checking BMO/Harris Bank | 1129-000 | $4,334.00 |
| Credit Union Central Credit Union Savings | 1129-000 | $144.00 |
| Savings BMO/Harris Bank | 1129-000 | $192.00 |
| Diamond engagement ring | 1229-000 | $3,800.00 |
| Two matching wedding bands | 1229-000 | $300.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,100.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acura Financial Services | 4110-000 | $7,038.00 | $0.00 | $0.00 | $0.00 |
| | Kia Motors Finance | 4110-000 | $28,778.00 | $0.00 | $0.00 | $0.00 |
| | Silverleaf Resorts, Inc. | 4110-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $123,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$188,816.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,160.00 | $2,160.00 | $2,160.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $32.24 | $32.24 | $32.24 |
| Green Bank | 2600-000 | NA | $58.67 | $58.67 | $58.67 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,015.00 | $2,015.00 | $2,015.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $73.73 | $73.73 | $73.73 |
| Total - Auctioneer's Commission, | 3610-000 | NA | $440.00 | $440.00 | $440.00 |

| Auctioneer for Trustee | | | | | |
|---|---|---|---|---|---|
| Total - Auctioneer's Insurance, Auctioneer for Trustee | 3620-000 | NA | $41.00 | $41.00 | $41.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,820.64 | $4,820.64 | $4,820.64 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $4,409.00 | $4,529.10 | $4,529.10 | $1,283.70 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $248.00 | $332.97 | $332.97 | $94.38 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $12,408.00 | $12,964.89 | $12,964.89 | $3,674.71 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $2,225.00 | $2,224.78 | $2,224.78 | $630.58 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $2,587.00 | $2,586.43 | $2,586.43 | $733.09 |
| 6 | Sterling Jewelers Inc. | 7100-900 | $950.00 | $959.88 | $959.88 | $272.06 |
| 7 | American Express Centurion Bank | 7100-900 | $1,030.00 | $1,106.39 | $1,106.39 | $313.59 |
| 8 | Synchrony Bank | 7100-900 | $750.00 | $415.30 | $415.30 | $117.71 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $1,427.11 | $0.00 | $0.00 |
| 9A | PYOD, LLC its successors and assigns as assignee of FNBM, LLC | 7100-900 | $0.00 | $988.34 | $988.34 | $280.13 |
| 10 | Prosper Marketplace Inc. | 7100-900 | $3,776.00 | $3,913.59 | $3,913.59 | $1,109.25 |
| 11 | Portfolio Recovery Associates, LLC | 7100-900 | $3,192.00 | $2,717.25 | $2,717.25 | $770.16 |
|  | BMO/Harris Bank | 7100-000 | $9,865.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank USA, NA/Amazon | 7100-000 | $535.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Chase Bank USA, NA/Slate | 7100-000 | $3,961.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank, N.A. | 7100-000 | $5,754.00 | $0.00 | $0.00 | $0.00 |
|  | First Premier Bank | 7100-000 | $519.00 | $0.00 | $0.00 | $0.00 |
|  | JPMorgan Chase Bank | 7100-000 | $144.00 | $0.00 | $0.00 | $0.00 |
|  | U.S. Department of Education | 7100-000 | $64,465.00 | $0.00 | $0.00 | $0.00 |
|  | Westgate Resorts | 7100-000 | $2,097.00 | $0.00 | $0.00 | $0.00 |
|  | William and Eveline Schultz | 7100-000 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $130,915.00 | $34,166.03 | $32,738.92 | $9,279.36 |

Case 16-39496 Doc 47 Filed 04/16/18 Entered 04/16/18 14:46:16 Desc Main
Document Page 6 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 16-39496 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 4/9/2018 | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | Claims Bar Date: | 06/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 863 E. Coach Road Unit 2 Palatine, IL - 60074-0000 Cook County | $117,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule A (dkt #29, 04/08/2017); exemption limited to $15,000 per order entered 03/14/2017 (dkt #21). | | | | | |
| 2 | 2013 Acura RDX 55000 miles | $19,000.00 | $5,562.00 | | $5,330.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 3 | 2016 Kia Sorento 10,000 miles | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 4 | furniture | $700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated per First Amended Schedule B (dkt #11; 12/19/2016). | | | | | |
| 5 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | $100.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Value updated per First Amended Schedule B (dkt #11; 12/19/2016). | | | | | |
| 7 | Checking BMO/Harris Bank | $4,522.00 | $4,522.42 | | $4,334.00 | FA |
| Asset Notes: | Amount updated per Second Amended Schedule B (dkt #29; 04/08/2017); balance as of petition date: $4,522.42. | | | | | |
| 8 | Credit Union Central Credit Union Savings | $150.00 | $150.00 | | $144.00 | FA |
| 9 | Savings BMO/Harris Bank | $200.00 | $200.00 | | $192.00 | FA |
| 10 | IRA Primerica | $103,853.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amount updated per Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |
| 11 | 401(k) T. Rowe Price | $21,000.00 | $0.00 | | $0.00 | FA |
| 12 | Vacation Ownership Interest in a timeshare with Silverleaf Resorts - 1% undivided interest in Unit No. 0093-0 (The Ozark Mountain Resort) during Use Period No. 35. | Unknown | $0.00 | | $0.00 | FA |
| 13 | Diamond engagement ring (u) | $6,231.00 | $9,500.00 | | $3,800.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017); value of $6,231 set forth in amended schedule for "wedding ring set" appears to be for both the engagement ring (this asset no. 13) and the two wedding bands (asset no. 14); appraisal of engagement ring received: $9500. | | | | | |
| 14 | Two matching wedding bands (u) | $0.00 | $1,200.00 | | $300.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017); value of $6,231 set forth in amended schedule for "wedding ring set" appears to be for both the engagement ring (asset no. 13 above) and the two wedding bands (this asset, no. 14); appraisal of the two wedding bands received: $1200. | | | | | |
| 15 | Family heirloom cocktail ring (u) | $500.00 | $900.00 | | $0.00 | FA |
| Asset Notes: | Added in Second Amended Schedule B (dkt #29; 04/08/2017). | | | | | |

Case 16-39496   Doc 47   Filed 04/16/18   Entered 04/16/18 14:46:16   Desc Main
Document      Page 7 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2          Exhibit 8

| Case No.: | 16-39496 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 4/9/2018 | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | Claims Bar Date: | 06/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Primerica (investment account)   (u) | $4,514.00 | $4,514.00 | | $0.00 | FA |
| 17  Unscheduled Federal Tax Refund for 2016   (u) | $3,143.00 | $3,005.00 | | $0.00 | FA |
| 18  Unscheduled State Tax Refund for 2016   (u) | $213.00 | $179.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Assets**

$296,326.00          $31,782.42                    $14,100.00          $0.00

**Major Activities affecting case closing:**

05/22/2017   2017 Reporting Period:

The Trustee objected to Debtors' claims of exemptions after learning that most of the scheduled property belongs exclusively to Co-Debtor, Cheryl Eisner-Schultz. After schedules were amended, the Trustee negotiated a settlement of $10,000 for the non-exempt funds and non-exempt equity in an Acura MDX and for turnover of Debtor's diamond ring.

Case should be ready for TFR once the Trustee liquidates the jewelry.

**Initial Projected Date Of Final Report (TFR):**   03/15/2018      **Current Projected Date Of Final Report (TFR):**       /s/ DAVID LEIBOWITZ
                                                                                                                              DAVID LEIBOWITZ

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39496 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 05/10/2017 | | Cheryl Eisner Schultz | Settlement for non-exempt funds and equity in vehicle | * | $10,000.00 | | $10,000.00 |
| | {7} | | Payment for non-exempt funds in bank account    $4,334.00 | 1129-000 | | | $10,000.00 |
| | {2} | | Payment for non-exempt portion of car    $5,330.00 | 1129-000 | | | $10,000.00 |
| | {9} | | Payment for non-exempt funds in bank account    $192.00 | 1129-000 | | | $10,000.00 |
| | {8} | | Payment for non-exempt funds in bank account    $144.00 | 1129-000 | | | $10,000.00 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.93 | $9,989.07 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.63 | $9,972.44 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.05 | $9,957.39 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.06 | $9,941.33 |
| 09/04/2017 | | Leonard Auction | Proceeds from auction of wedding and engagement rings | * | $3,619.00 | | $13,560.33 |
| | {13} | | Gross Proceeds - Engagement Ring    $3,800.00 | 1229-000 | | | $13,560.33 |
| | | | Total - Auctioneer's Commission    $(440.00) | 3610-000 | | | $13,560.33 |
| | {14} | | Gross Proceeds - Wedding Bands    $300.00 | 1229-000 | | | $13,560.33 |
| | | | Total - Auctioneer's Insurance    $(41.00) | 3620-000 | | | $13,560.33 |
| 02/27/2018 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,160.00 | $11,400.33 |
| 02/27/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $32.24 | $11,368.09 |
| 02/27/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $2,015.00; Distribution Dividend: 100.00%; | 3110-000 | | $2,015.00 | $9,353.09 |
| 02/27/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $73.73; Distribution Dividend: 100.00%; | 3120-000 | | $73.73 | $9,279.36 |
| 02/27/2018 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: $4,529.10; Distribution Dividend: 28.34%; | 7100-900 | | $1,283.70 | $7,995.66 |
| 02/27/2018 | 3006 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $332.97; Distribution Dividend: 28.34%; | 7100-900 | | $94.38 | $7,901.28 |
| 02/27/2018 | 3007 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $12,964.89; Distribution Dividend: 28.34%; | 7100-900 | | $3,674.71 | $4,226.57 |
| | | | **SUBTOTALS** | | $13,619.00 | $9,392.43 | |

**FORM 2**

Page No: 2         Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39496 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2018 | 3008 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $2,224.78; Distribution Dividend: 28.34%; | 7100-900 | | $630.58 | $3,595.99 |
| 02/27/2018 | 3009 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: $2,586.43; Distribution Dividend: 28.34%; | 7100-900 | | $733.09 | $2,862.90 |
| 02/27/2018 | 3010 | Sterling Jewelers Inc. | Claim #: 6; Amount Claimed: $959.88; Distribution Dividend: 28.34%; | 7100-900 | | $272.06 | $2,590.84 |
| 02/27/2018 | 3011 | American Express Centurion Bank | Claim #: 7; Amount Claimed: $1,106.39; Distribution Dividend: 28.34%; | 7100-900 | | $313.59 | $2,277.25 |
| 02/27/2018 | 3012 | Synchrony Bank | Claim #: 8; Amount Claimed: $415.30; Distribution Dividend: 28.34%; | 7100-900 | | $117.71 | $2,159.54 |
| 02/27/2018 | 3013 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC | Claim #: 9; Amount Claimed: $988.34; Distribution Dividend: 28.34%; | 7100-900 | | $280.13 | $1,879.41 |
| 02/27/2018 | 3014 | Prosper Marketplace Inc. | Claim #: 10; Amount Claimed: $3,913.59; Distribution Dividend: 28.34%; | 7100-900 | | $1,109.25 | $770.16 |
| 02/27/2018 | 3015 | Portfolio Recovery Associates, LLC | Claim #: 11; Amount Claimed: $2,717.25; Distribution Dividend: 28.34%; | 7100-900 | | $770.16 | $0.00 |

**SUBTOTALS**  $0.00   $4,226.57

FORM 2

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39496 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $13,619.00 | $13,619.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,619.00 | $13,619.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,619.00 | $13,619.00 | |

| For the period of 12/15/2016 to 4/9/2018 | | For the entire history of the account between 05/10/2017 to 4/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,100.00 | Total Compensable Receipts: | $14,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.00 | Total Comp/Non Comp Receipts: | $14,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,100.00 | Total Compensable Disbursements: | $14,100.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,100.00 | Total Comp/Non Comp Disbursements: | $14,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 16-39496 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHULTZ, RANDY A AND EISNER-SCHULTZ, CHERYL L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | **-***9068 | | Account Title: | Eisner-Schultz |
| For Period Beginning: | 12/15/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,619.00 | $13,619.00 | $0.00 |

| For the period of 12/15/2016 to 4/9/2018 | | For the entire history of the case between 12/15/2016 to 4/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,100.00 | Total Compensable Receipts: | $14,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,100.00 | Total Comp/Non Comp Receipts: | $14,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,100.00 | Total Compensable Disbursements: | $14,100.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,100.00 | Total Comp/Non Comp Disbursements: | $14,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ